THE STATE, DEFENDANT IN ERROR, v. CHARLES W. DAVIS, PLAINTIFF IN ERROR.

Submitted December 12, 1905—Decided June 18, 1906.

On error to the Supreme Court.

For the plaintiff in error, *Samuel Kalisch.*

For the defendant in error, *Samuel A. Atkinson,* prosecutor of the pleas.

PER CURIAM.

The judgment brought up by this writ of error is affirmed, on the grounds stated in the opinion of Mr. Justice Fort in the Supreme Court, reported in 43 *Vroom* 345.

*For affirmance*—THE CHANCELLOR, GARRISON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL.    12.

*For reversal*—None.